Dismissed and Memorandum Opinion filed June 25, 2009








Dismissed
and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00519-CR

____________

 

CONNELL LEE, JR.,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County, Texas

Trial Court Cause No. 1212212

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to driving while intoxicated.  In accordance with the
terms of a plea bargain agreement with the State, the trial court sentenced
appellant on April 22, 2009, to confinement for twelve years in the
Institutional Division of the Texas Department of Criminal Justice.  We dismiss
the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

 

Panel consists of Justices Seymore, Brown, and
Sullivan.

Do Not Publish C Tex. R. App. P.
47.2(b)